# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 10, 2013

146978 & (41)

POLICE & FIRE RETIREMENT SYSTEM
OF THE CITY OF DETROIT,
    Plaintiff-Appellee,

v

PARAMOUNT LIMITED, LLC,
PARAMOUNT LAND HOLDINGS, LLC,
PARAMOUNT LAND HOLDINGS SC,
LLC, PARAMOUNT SERVICING, LLC,
McWHORTER PROPERTIES, LLC,
McWHORTER DEVELOPMENT CO.,
AM MANAGEMENT CONSULTING, LLC,
LMA INVESTMENT GROUP, LLC,
CAROLINA TRADING GROUP, LLC, GIGO,
LLC, PEGASUS INVESTMENTS, LLC,
PEGASUS INVESTMENTS SC, LLC, SMJ
CORRIDOR DEVELOPMENT COMPANY,
SHARON McWHORTER INTERSTATE
INVESTMENT GROUP, LLC, GEORGE A.
KASTANES, SOUTHERN SERVICING, LLC,
TERESA D. KASTANES, the ESTATE OF
ABNER McWHORTER III, ALAMO
INVESTMENTS, LLC, PSPRPW LLC,
FIELDING PROPERTIES, LLC a/k/a DMB
CAPITAL MANAGEMENT, LLC, LEXIGON,
LLC, L. BLACK PROPERTIES, LLC,
NATIONAL FINANCIAL SOLUTIONS, LLC,
REAL PROPERTY HOLDINGS, LLC, B L
HOMES, LLC, HARCAL, LLC, ALA LLC,
STONECREST INVESTMENTS, LLC, TAK
HOUSES, LLC, TDK AVIATION, LLC, and
GILBERT TITLE & SERVICE, LLC,
    Defendants,

and

GLENN D. OLIVER,
    Appellant.
_____/

SC: 146978
COA: 311460
Wayne CC: 11-006035-CR

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

On order of the Court, the application for leave to appeal the March 15, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2013

_____
Clerk

h0507